# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 09-cv-00129-REB-MJW

DELHUR INDUSTRIES, INC., a Washington corporation,

    Plaintiff,

v.

TELLURIDE REGIONAL AIRPORT AUTHORITY, a political subdivision of the State of Colorado,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal Without Prejudice** [#22] filed March 10, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal Without Prejudice** [#22] filed March 10, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for April 9, 2010, is **VACATED**;

3. That the jury trial set to commence April 26, 2010, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 10, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge